**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOSEPH S. HYDUK,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 3:14-CR-0189

(JUDGE CAPUTO)

## ORDER

**NOW**, this 17th day of March, 2017, **IT IS HEREBY ORDERED** that:

(1)    Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. 64) is **DENIED**.

(2)    Petitioner's request for legal counsel is **MOOT**.

(3)    Petitioner's request for correction of his presentence report is **MOOT**.

(4)    A certificate of appealability will **NOT** be issued.

(5)    The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge